**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clah Yazzie, Jr.,<br><br>      Plaintiff,<br><br>      vs.<br><br>Office of Navajo and Hopi Indian Relocation,<br><br>      Defendant. | No. CV-08-8075-PCT-PGR<br><br>ORDER |

The plaintiff having filed a Motion to Dismiss (doc. #5), which the Court construes as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 22nd day of July, 2008.

Paul G. Rosenblatt
United States District Judge